P-SEND

United Fabrics International Inc v. Forever 21 Inc et al                                    Doc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-800-GPS(SSx): | Date | March 2, 2007 |
| Title | United Fabrics International, Inc., v. Forever 21, Inc. | | |

Present: The Honorable   **GEORGE P. SCHIAVELLI, United States District Judge**

| Jake Yerke | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**     **NOTICE OF SCHEDULING CONFERENCE (IN CHAMBERS)**

Pursuant to F.R.Civ.P. 16(b), a scheduling conference is set in this
matter for **April 23, 2007 at 11:00 a.m.** The parties are reminded of
their obligations to disclose information, confer on a discovery plan,
and report to the Court, as required by F.R.Civ.P. 26 and the Local
Rules of this Court.   Trial counsel are ordered to be present.



Initials of Preparer   JY

Dockets.Justia.co