Case 2:07-cv-00800-GPS-SS   Document 8   Filed 03/08/2007   Page 1 of 2

United Fabrics International Inc v. Forever 21 Inc et al                                                          Doc.

MARK D. BRUTZKUS SBN: 128102
LUIS A. GARCIA  SBN: 146876
MICHAEL W. HICKS  SBN: 18278
EZRA BRUTZKUS GUBNER LLP
16830 Ventura Boulevard, Suite 310
Encino, CA 91436  (818) 995-0215

```
FILED
CLERK, U.S. DISTRICT COURT

MAR 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California corporation | CASE NUMBER: CV 07-00800 GPS (SSx) |
| Plaintiff(s) v. FOREVER 21, INC., etc., et al. Defendant(s) | SUBSTITUTION OF ATTORNEY |

UNITED FABRICS INTERNATIONAL, INC.   [X] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes Stephen M. Doniger, Esq., Doniger Law Firm _____ who is

[ ] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   300 Corporate Pointe, Suite 355
                                                                  *Street Address*

Culver City, California 90230   Tel: (310) 590-1820   Fax: (310) 417-3538   179314
*City, State, Zip Code*         *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of Mark D. Brutzkus, Ezra Brutzkus Gubner LLP
                                                 *Present Attorney*

Dated: 3/2/07
                                                                        *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 3/1/07
                                                                  *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 3-2-07
                                                                    *Signature of New Attorney*

                                        DOCKETED ON CM
                                           MAR - 8 2007

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: 3/8/07
                                                      United States District Judge / Magistrate Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                          CCD-G1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: DONIGER LAW FIRM, 300 Corporate Pointe, Suite 355, Culver City, CA 90230.

    On March 6, 2007, I served the attached document described as **Substitution of Attorney** on all interested parties in this action:

| Frank N. Lee<br>LEE & BIGGINS<br>3435 Wilshire Boulevard<br>Suite 450<br>Los Angeles, California 90010 | {None} |
|---|---|

☐by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.
☒by placing ☐ the original ☒a true copy thereof enclosed in sealed envelope(s) to the address(es) above as follows:
☒ BY MAIL
    ☒ I deposited such envelope in the mail at Culver City, California. The envelope was mailed with postage thereon fully prepaid.
☐ BY FACSIMILE
    ☐On this date I caused to be transmitted to the above-mentioned Facsimile Number(s) the above-referenced document.
    ☒As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Culver City, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    EXECUTED March 6, 2007 in Culver City, California.
☒I am a member of the California Bar or employed in the office of a member of the California Bar at whose direction this transaction was made and I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Shelly R. Dias
        NAME                                  SIGNATURE