Case 2:07-cv-00800-GPS-SS   Document 13   Filed 03/27/2007   Page 1 of 4

United Fabrics International Inc v. Forever 21 Inc et al                                          Doc.

1  Stephen M. Doniger, Esq. (SBN 179314)
2  Scott A. Burroughs, Esq. (SBN 235718)
   Email: scott@donigerlawfirm.com
3  **DONIGER LAW FIRM**
4  300 Corporate Pointe, Suite 355
   Culver City, California 90230
5  Telephone: (310) 590-1820
6  Facsimile: (310) 417-3538
   Attorneys for Plaintiff

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10 UNITED FABRICS INTERNATIONAL,   Case No.: CV07-800 GPS (SSx)
11 INC., a California Corporation,
                                    1. **STIPULATION TO FILE
12 Plaintiff,                          PLAINTIFF'S FIRST
                                       AMENDED COMPLAINT;**
13                                  2. [PROPOSED] ORDER.
14      vs.
                                    [FIRST Amended Complaint submitted
15 FOREVER 21, INC., a California   concurrently herewith]
   Corporation; et al.,
16
17 Defendants.
18
19

20      TO THE HONORABLE COURT, ALL PARTIES, AND/OR THEIR
21 RESPECTIVE ATTORNEYS OF RECORD:
22      PLEASE TAKE NOTICE THAT the following *Stipulation To File Plaintiff's*
23 *First Amended Complaint* has been agreed to and entered into between and among
24 the parties to the above-captioned case.
25      WHEREAS, Plaintiff seeks leave to amend the Complaint in the above-
26 captioned matter;
27
28
                                    1
                        STIPULATION; PROPOSED ORDER

WHEREAS, Defendants have no opposition to the amending of the Complaint, and concur with Plaintiff's assertion that an amendment is permissible under the applicable Federal Rules of Civil Procedure;

WHEREAS, no trial schedule has yet been entered by the Court;

WHERAS, Defendant CON TE, INC. has yet to appear and thus is not a party to this stipulation;

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective attorneys' of record that, subject to Court approval:

1. The First Amended Complaint lodged herewith shall be deemed filed;

2. Unless a new pleading is filed, the Answers, if any, currently on file to the Complaint shall be deemed to fully answer the First Amended Complaint;

3. This stipulation shall not be deemed a waiver of any parties' rights, remedies, defenses, or positions with respect to the allegations of the Complaint or the First Amended Complaint.

For Plaintiff L.A. PRINTEX INDUSTRIES, INC.:

DONIGER LAW FIRM                              Date: 3/21/07

By: _____

Scott A. Burroughs, Esq.


For Defendants:

Defendants FOREVER 21, INC., FOREVER 21 RETAIL, INC., SALT & PEPPER, INC.

LEE & BIGGINS                                  Date: 3/21/07

By: _____

Frank Lee, Esq.

SO STIPULATED.

PROPOSED ORDER:

1. The First Amended Complaint lodged herewith is deemed filed as of the date entered below;

2. Unless a new pleading is filed, the Answers, if any, currently on file to the Complaint shall be deemed to fully answer the First Amended Complaint.

SO ORDERED.

Dated: 3/27, 2007 ~~2006~~   _____
UNITED STATES DISTRICT JUDGE
HONORABLE GEORGE P. SCHIAVELLI

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: DONIGER LAW FIRM, 300 Corporate Pointe, Suite 355, Culver City, CA 90230.

    On March 23, 2007, I served the attached document described as **Stipulation to File First Amended Complaint** on all interested parties in this action:

| Frank N. Lee<br>LEE & BIGGINS<br>3435 Wilshire Boulevard<br>Suite 450<br>Los Angeles, California 90010 | {None} |
|---|---|

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.
☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) to the address(es) above as follows:
☒ BY MAIL
    ☒ I deposited such envelope in the mail at Culver City, California. The envelope was mailed with postage thereon fully prepaid.
☐ BY FACSIMILE
    ☐ On this date I caused to be transmitted to the above-mentioned Facsimile Number(s) the above-referenced document.
    ☒ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Culver City, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    EXECUTED March 23, 2007 in Culver City, California.
☒ I am a member of the California Bar or employed in the office of a member of the California Bar at whose direction this transaction was made and I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Thomas Giordano-Lascari
           NAME                                 SIGNATURE