P-SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-800-GPS(SSx): | Date | April 23, 2007 |
| Title | United Fabrics International, Inc., v. Forever 21, Inc. | | |

Present: The Honorable **GEORGE P. SCHIAVELLI, United States District Judge**

| Jake Yerke | Rosalyn Adams | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Scott Burroughs                                    Chad Biggins

**Proceedings:**     **SCHEDULING CONFERENCE**

Court and counsel present, hearing held.

The Court continues the scheduling conference to **June 4, 2007 at 11:00 a.m.**

The parties are ordered to file an updated Rule 26 Joint Report by May 29, 2007 if any new parties are added.

It is so ordered.



:      5

Initials of Preparer    JY