Stephan M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER LAW FIRM
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820

FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED FABRICS INTERNATIONAL, INC., a California Corporation,

Plaintiff(s),

v.

FOREVER 21, INC., a Delaware Corporation; et al.,

Defendant(s).

CASE NUMBER

CV 07-800 GPS (SSx)

NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) NEMAN BROTHERS & ASSOCIATES, INC., a California Corporation

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff, L.A. Printex Industries, Inc.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

May 14, 2007
*Date*                                                           *Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)                          NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

Dockets.Justia.com