SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 07-800-GPS(SSx):                                    Date   June 4, 2007

Title   United Fabrics International, Inc., v. Forever 21, Inc.

---

Present: The Honorable   **GEORGE P. SCHIAVELLI, United States District Judge**

| Jake Yerke | Cindy Nirenberg | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:                        Attorneys Present for Defendants:

    Scott Burroughs                                                Chad Biggins
    Nico Tabibi

**Proceedings:**         SCHEDULING CONFERENCE

The Court schedules the case as follows:

Discovery Cutoff:         December 14, 2007
Motion Hearing Cutoff:    February 4, 2008
Pretrial Conference:      March 10, 2008   at 11:00 am
Jury Trial (5 day)        April 29, 2008 at 8:30 am

Pursuant to L.R. 16-14, counsel are referred to the magistrate judge for a settlement conference to be completed not later than November 29, 2007. Counsel shall secure a date within 30 days..

Counsel are ordered to comply with the Local Rules of the Central District and Federal Rules of Civil Procedure in scheduling discovery. No new parties or amended pleadings after July 13, 2007 absent order of Court.

In addition to following the Federal Rules of Civil Procedure and Local Rules of the Central District regarding the filing of pretrial documents, counsel shall meet and confer in person before noticing any motions in limine. If motions in limine are filed they shall be noticed for the pretrial conference date. Proposed jury instructions, including standard instructions, consisting of a set of agreed upon instructions, and separate instructions from plaintiff and defendant which are not agreed upon, with the reasons for the disagreement, shall be filed at least one week prior to the pretrial. Counsel shall also submit a disk of all jury instructions. If a special verdict is required, counsel shall submit an agreed-upon proposed special verdict. If counsel cannot agree, separate requests with specific objections shall be submitted by both hard copy and disk.

                                                                                                                              : 5

                                                                  Initials of Preparer   JY

---