

Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United Fabrics International | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>Forever 21, Inc., et al,<br><br>DEFENDANT(S). | CV07-800 GPS(SSx)<br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

K International

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

DOCKETED ON CM
JUL - 6 2007

Clerk, U. S. District Court

July 6, 2007                              By  Brent Pacillas
Date                                          Deputy Clerk

34

CV-37 (10/01)                             DEFAULT BY CLERK F.R.Civ.P. 55(a)

Dockets.Justia.com