# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Send ___ ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| | |
|---|---|
| Case No. CV 07-800-GPS (SSx) | Date September 7, 2007 |
| Title United Fabrics International, Inc. v. Forever 21, et al. | |

**Present: The Honorable   SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Denise Lazo | None | Tapes #07-11, 07-12 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Doniger, Esq. | Chad Biggins, Esq. |
| | Nico Tabibi, Esq. |

**Proceedings:**   Telephonic Conference re: Upcoming Settlement Conference

Case is called. Counsel make their appearances telephonically. Court and counsel confer. The settlement conference is continued to **Monday, October 1, 2007, at 1:30 p.m.** The Court advises counsel that both trial counsel and party representatives with appropriate authority must be present, in person, at the conference

cc: All parties of record



DOCKETED ON CM
SEP - 7 2007
BY ___ 197

: 30

Initials of Preparer   dhl