**Priority** ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-800-GPS (SSx) | Date | October 1, 2007 |
|---|---|---|---|
| Title | United Fabrics International, Inc. v. Forever 21, et al. | | |

**Present: The Honorable** SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

| Denise Lazo | None | CS 10/01/07 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Scott Alan Burroughs, Esq.                  Frank N. Lee, Esq.

**Proceedings:**       Settlement Conference

The case is called. Scott Alan Burroughs, Esq., appears on behalf of Plaintiff. Frank N. Lee, Esq., appears on behalf of Defendants. Nico N. Tabibi, Esq., appears on behalf of Cross-Defendant Neman Brothers. Plaintiff's representative, Shar Simantoab, Defendants' representatives, Young Kwon, Esq., Jay Chung, Sophia Shin, Richard Kim, Steve Um, and Cross-Defendant's representative, John Neman, are also present.

The settlement conference is conducted off the record.

Although all parties participated in good faith, no settlement was reached at this time. The Court encourages the parties to continue settlement discussions. If the parties believe that a further settlement conference will facilitate a resolution of this matter, the parties shall contact Denise Lazo, Courtroom Deputy Clerk, at (213) 894-0958, to arrange another settlement conference.

cc:   United States District Judge George P. Schiavelli
      All parties of record



DOCKETED ON CM
OCT - 2 2007
BY _____ 1974        : 30

Initials of Preparer       dhl